FILED
CLERK, U.S. DISTRICT COURT

JAN 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NELSON RAMIREZ-ROSALES,<br><br>    Petitioner,<br><br>v.<br><br>CHARLES DE ROSA,<br><br>    Respondent. | No. CV 07-04637-MMM (VBK)<br><br>ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS |

Pursuant to 28 U.S.C. §636, the Court has made a *de novo* review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Motion to Dismiss, all of the records herein and the Report and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation, (2) Respondent's Motion to Dismiss is granted; and (3) the Petition is denied and dismissed without prejudice.

DATED: January 11, 2008

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE