Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JAN 14 2008
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NELSON RAMIREZ-ROSALES, | No. CV 07-04637-MMM (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| CHARLES DE ROSA, | |
| Respondent. | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition"),

**IT IS ADJUDGED** that the Petition is denied and dismissed without prejudice.

DATED: January 11, 2008

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE